IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GLENN CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-00039 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| JOHNNY DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Defendants' Rule 41(b) motion to dismiss (Docket Entry No. 65), contending that on April 4, 2014, this Court entered an order giving Plaintiff twenty (20) days in which to respond to the Defendants' motion for summary judgment (Docket Entry No. 59) or risk dismissal of this action for failure to prosecute. (Docket Entry No. 62). To date, Plaintiff has failed to respond to the motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(b), this action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute.

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the 13th day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge